UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIE HOPE TITO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. 5:20-cv-01612-JPR<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: June 22, 2021

/s/ Jean P. Rosenbluth
HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge

-1-